**FILED**
Friday, 13 August, 2004  11:05:22 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**DANVILLE/URBANA DIVISION**

_____

| | |
|---|---|
| **FRANK GALLO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-2192 |
| ) | |
| **BENEFIT PLANNING CONSULTANTS, INC.,** ) | |
| an Illinois corporation, ) | |
| ) | |
| **Defendant.** ) | |

_____

**ORDER**
_____

On July 23, 2004, the Magistrate Judge filed a Report and Recommendation (#23) in the above cause. The Magistrate Judge recommended that the Defendant's Motion to Dismiss (#11) be GRANTED in part and DENIED in part. The Magistrate Judge recommended Count II of Plaintiff's complaint be dismissed with prejudice, while the motion to dismiss should be denied with regard to Count I.

On August 6, 2004, Plaintiff filed his Objection to the Report and Recommendation (#25). This court has reviewed the Magistrate Judge's reasoning and the Plaintiff's Objection. After a thorough and careful *de novo* review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant's Motion to Dismiss (#11) is GRANTED in part and DENIED in part. Count II of Plaintiff's complaint is dismissed with prejudice.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 13th day of August, 2004

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE