E-FILED
Tuesday, 28 September, 2004 03:08:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FRANK GALLO, )
)
      Plaintiff )
)
v. ) No. 03-2192
)
BENEFIT PLANNING CONSULTANTS, INC., )
an Illinois corporation, )
)
      Defendant )

FILED
SEP 24 2004
[Clerk stamp] U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that he served the Plaintiff's Response to Defendant's Supplemental Set of Requests to Admit to Plaintiff by depositing a copy and a copy of this Certificate of Service personally in a United States post office or post-office box at Champaign, Illinois, on September 27, 2004, at the hour of _12:53 p.m._, enclosed in an envelope, securely sealed, with first class postage fully prepaid and plainly addressed as follows:

Mary Kay Morrissey
Mora, Baugh, Waitzman & Unger, L.L.C.
55 West Monroe Street, Suite 600
Chicago, Illinois 60603

                                /s/ Frederic M. Grosser
                                Frederic M. Grosser

Frederic M. Grosser
811 West Springfield Avenue
Champaign, Illinois 61820
(217) 352-2784