**E-FILED**
Monday, 03 January, 2005  09:13:44 AM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

RECEIVED
DEC 30 2004
U.S. CLERK'S OFFICE
URBANA, IL

FILED
DEC 30 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

FRANK GALLO,                           )
                                       )
                Plaintiff              )
                                       )
        v.                             )   No. 03-2192
                                       )
BENEFIT PLANNING CONSULTANTS, INC.,    )
an Illinois corporation,               )
                                       )
                Defendant              )

AGREED MOTION TO EXTEND TIME FOR DISCOVERY

Frank Gallo, plaintiff, moves the Court pursuant to the agreement of the parties to extend the time for discovery and in support hereof states as follows:

1.  The attorneys for the parties still are engaged in discovery.

2.  The attorneys for the parties are engaged in discussions concerning disposition of the issues in the case.  The attorneys have been unable to complete discussions and a meeting that they wish to have prior to completing discovery.

3.  The undersigned attorney for the plaintiff has talked this date by telephone with Mary Kay Morrissey, one of the attorneys for the defendant.  The attorneys agree to ask the court to approve a three week extension of the time to conclude discovery.

   4.  It is requested that the date for completing discovery be extended to January 24, 2005.

Respectfully submitted,

FRANK GALLO
Plaintiff


By___s/Frederic M. Grosser_____
   Frederic M. Grosser
   Attorney for Plaintiff


## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the foregoing Agreed Motion to Extend Time for Discovery by depositing a copy in a United States post office or post-office box at Champaign, Illinois, on December 30, 2004, at the hour of 12:15 p.m._____, enclosed in an envelope, securely sealed, with first class postage fully prepaid and plainly addressed as follows:

Mary Kay Morrissey
Mora, Baugh, Waitzman & Unger, L.L.C.
55 West Monroe Street, Suite 600
Chicago, Illinois 60603

and by transmitting a copy by facsimile transmission on December 30, 2004, at the hour of 12:02 p.m., to Mary Kay Morrissey at facsimile telephone number (312) 759-0402.


                              s/Frederic M. Grosser
                              Frederic M. Grosser

Frederic M. Grosser
811 West Springfield Avenue
Champaign, Illinois 61820
(217) 352-2784

2