**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| FRANK GALLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 03-2192 |
| ) | |
| BENEFIT PLANNING CONSULTANTS, INC., ) | |
| ) | |
| Defendant. ) | |

**AGREED MOTION FOR EXTENSION OF TIME**
**FOR THE FILING OF DISPOSITIVE MOTIONS**

The defendant, BENEFIT PLANNING CONSULTANTS, INC. ("BPC"), by and through its attorneys, MORA, BAUGH, WAITZMAN & UNGER, LLC, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and with the agreement of the attorney for the plaintiff, hereby moves this Court for an extension of time for the filing of dispositive motions in this case. In support of this motion, BPC states as follows:

1. On June 7, 2004, this Court entered a Discovery Order setting the deadline for filing case dispositive motions for February 4, 2005. That June 7, 2004 Discovery Order also set a trial date for June 20, 2005.

2. Within the last few months, the parties have been actively engaged in discussions and meetings in an attempt to resolve this matter without the necessity of additional litigation proceedings. In fact, at the time of the filing of this motion, the parties believe that they may be able to come to an agreement regarding the disposition of all of the issues in this case within the next few weeks. Accordingly, BPC requests an extension of time of eighteen (18) days, or through and until February 22, 2005, for the filing of dispositive motions.

3. Counsel for plaintiff has been notified regarding this motion and has stated that plaintiff has no objection to the extension of time requested in this motion, and in fact, joins in on the request for the extension of time sought herein.

4. An extension of time to file dispositive motions in this matter will not affect the trial date of June 20, 2005 set by this Court, nor will it prejudice the rights of the parties in this lawsuit. An extension of time to file dispositive motions will expedite the just and speedy determination of the issues in this action. The Court has discretion to allow an extension of time under Rule 6(b)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, the defendant BENEFIT PLANNING CONSULTANTS, INC., requests that this Court allow an extension of time for the filing of case dispositive motions in this case through and until February 22, 2005.

s/ Mary Kay Morrissey

David A. Baugh -- ARDC No.: 6182391
Mary Kay Morrissey -- ARDC No.: 6201658
Mora, Baugh, Waitzman & Unger, LLC
55 W. Monroe Street, Suite 600
Chicago, IL 60603
312-759-1400
312-759-0402 (facsimile)

#76139

## CERTIFICATE OF SERVICE

  I hereby certify that on **January 21, 2005**, I electronically filed *Agreed Motion For Extension Of Time For The Filing Of Dispositive Motions* with the Clerk of the Court using the CM/ECF system, and also sent a hard copy of same to the following:

    Mr. Frederic M. Grosser
    811 W. Springfield Avenue
    Chicago, IL 61820

by depositing in the U.S. Mail chute, located at 55 W. Monroe Street, Chicago, Illinois, before 5:00pm.

                   s/ Mary Kay Morrissey