E-FILED
Wednesday, 09 February, 2005  02:12:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FRANK GALLO,                              )
                                          )
            Plaintiff                     )
                                          )
    v.                                    )  No. 03-2192
                                          )
BENEFIT PLANNING CONSULTANTS, INC.,       )
an Illinois corporation,                  )
                                          )
            Defendant                     )

FILED
FEB 0 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the Plaintiff's Supplemental Response to Defendant's First Set of Supplemental Document Requests to Plaintiff by delivering a copy and a copy of this Certificate of Service personally to ~~Mary Kay~~ David A. Baugh ~~Morrissey~~ on November 16, 2004.

_____
Frederic M. Grosser

Frederic M. Grosser
811 West Springfield Avenue
Champaign, Illinois 61820
(217) 352-2784