E-FILED
Wednesday, 09 February, 2005  02:14:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FRANK GALLO,            )
                        )
         Plaintiff      )
                        )
    v.                  )   No. 03-2192
                        )
BENEFIT PLANNING CONSULTANTS, INC., )
an Illinois corporation, )
                        )
         Defendant      )

FILED
FEB 0 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the Plaintiff's Supplemental Response to Defendant's Discovery Requests by depositing a copy and a copy of this Certificate of Service in a United States post office at Champaign, Illinois, on January 24, 2005, at the hour of 10:42 a.m., enclosed in an envelope, securely sealed, with first class postage fully prepaid and plainly addressed as follows:

Mary Kay Morrissey
Mora, Baugh, Waitzman & Unger, L.L.C.
55 West Monroe Street, Suite 600
Chicago, Illinois 60603

_____
Frederic M. Grosser

Frederic M. Grosser
811 West Springfield Avenue
Champaign, Illinois 61820
(217) 352-2784