E-FILED
Wednesday, 09 February, 2005  02:17:10 PM
Clerk, U.S. District Court, ILCD

FILED

FEB 0 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FRANK GALLO,                        )
                                    )
            Plaintiff               )
                                    )
    v.                              )  No. 03-2192
                                    )
BENEFIT PLANNING CONSULTANTS, INC., )
an Illinois corporation,            )
                                    )
            Defendant               )

## MOTION FOR VOLUNTARY DISMISSAL

Frank Gallo, plaintiff, moves the Court pursuant to Rule 41(a) of the Federal Rules of Civil Procedure for voluntary dismissal of this case and in support hereof states as follows:

1. The undersigned attorney has talked with Mary Kay Morrissey, one of the attorneys for the defendant, and represents that the attorneys for the defendant have no objection to a voluntary dismissal by the plaintiff. A written stipulation for voluntary dismissal has been signed by Mary Kay Morrissey, Frank Gallo and the undersigned.

2. This motion is signed by Frank Gallo, plaintiff, for the purpose of showing that the plaintiff is aware of and consents to the voluntary dismissal of this case.

Respectfully submitted,

FRANK GALLO
Plaintiff

_____
Frank Gallo
Plaintiff

Date  2/7/05

By _____
   Frederic M. Grosser
   Attorney for Plaintiff

1

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the foregoing Motion for Voluntary Dismissal by depositing a copy in a United States post office or post-office box at Champaign, Illinois, on February 7, 2005, at the hour of 4:36 p.m., enclosed in an envelope, securely sealed, with first class postage fully prepaid and plainly addressed as follows:

Mary Kay Morrissey
Mora, Baugh, Waitzman & Unger, L.L.C.
55 West Monroe Street, Suite 600
Chicago, Illinois 60603

and by transmitting a copy by facsimile transmission on February 7, 2005, at the hour of 3:39 p.m., to Mary Kay Morrissey at facsimile telephone number (312) 759-0402.

*Frederic M. Grosser*
Frederic M. Grosser

Frederic M. Grosser
811 West Springfield Avenue
Champaign, Illinois 61820
(217) 352-2784