UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FRANK GALLO, )
)
        Plaintiff )
)
v. ) No. 03-2192
)
BENEFIT PLANNING CONSULTANTS, INC., )
an Illinois corporation, )
)
        Defendant )

**FILED**

FEB 0 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

STIPULATION FOR VOLUNTARY DISMISSAL

Frank Gallo, plaintiff, and Benefit Planning Consultants, Inc., defendant, stipulate to voluntary dismissal of this case pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

FRANK GALLO
Plaintiff

By _____
Frederic M. Grosser
Attorney for Plaintiff

_____
Frank Gallo
Plaintiff

Date 2/7/05

BENEFIT PLANNING CONSULTANTS, INC.
Defendant

By _____
Mary Kay Morrissey
Attorney for Defendant

Prepared by:
Frederic M. Grosser
811 West Springfield Avenue
Champaign, Illinois 61820
(217) 352-2784